William K. Galeener, Appellant, v. Edward F. Hessel and Emma Alms, Administrators of Estate of John Frederick Hessel, Deceased, Appellees.

Gen. No. 9,288.

Heard in this court at April term, 1941; opinion filed November 3, 1941. Little & Finfrock, for appellant; C. E. Tate, for appellees. Opinion by JUSTICE FULTON. "Not to be published in full."